■ State-Wide Insurance Company, Appellant, v. Robert M. Schoelerman, Respondent. (Action No. 1.) — Order unanimously affirmed, without costs. (See *Matter of Liberty Mut. Ins. Co.* [*Granelli*], 37 A D 2d 113; *Matter of Bauer* [*MVAIC*], 31 A D 2d 239, 243–244; *Matter of Knickerbocker Ins. Co.* [*Gilbert*], 28 N Y 2d 57, 64.) (Appeal from order of Erie Special Term con-

ditionally dismissing motion to stay arbitration.) Present — Witmer, J. P., Gabrielli, Moule and Henry, JJ.